# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1283
Lower Tribunal No. 2012-CF-006086-A-O

_____

NOLAN D. BERNARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

June 19, 2026

PER CURIAM.

AFFIRMED. *See Wainwright v. State*, 411 So. 3d 392, 399 & n.13 (Fla.), *cert. denied sub nom.*, *Wainwright v. Florida*, 145 S. Ct. 2789 (2025); *Avalos v. State*, 419 So. 3d 299, 300 (Fla. 6th DCA 2025).

SMITH, KAMOUTSAS and PRATT, JJ., concur.

Nolan D. Bernard, Milton, pro se.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED